BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MOHAMMAD NASIR KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMAD NASIR KHAN, et al.,<br><br>    Defendants.<br>_____ | No.  2:09-cr-00436-MCE<br><br>STIPULATION TO CONTINUE<br>DATE FOR SENTENCING |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Mohammad Nasir Khan and Obed Ur Rahman, by and through their undersigned defense counsel, Bruce Locke and Randy Thomas, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the date for sentencing both defendants currently set for January 26, 2012 should be continued to March 1, 2012.

The reason for the continuance is that Mr. Locke needs additional time to resolve the amount of the taxes due from Mr. Khan so that the parties can stipulate to the amount of restitution that Mr. Khan will owe to the IRS.

///

///

1

The parties request that Mr. Rahman's case be continued because both the government and the defense prefer that both defendants be sentenced on the same day since the loss figure from Mr. Khan would impact the total loss figure, which is relevant to Obed Rahman's sentencing.

It is further stipulated that formal objections to the PSR shall be filed no later than February 16, 2012; that any opposition to the formal objections shall be filed no later than February 23, 2012; and that any Sentencing Memorandum shall be filed no later than February 23, 2012.

DATED: January 19, 2012  /S/ Bruce Locke
BRUCE LOCKE
Attorney for Mohammad Nasir Khan

DATED: January 19, 2012  /S/ Bruce Locke
For RANDY E. THOMAS
Attorney for Obed Ur Rahman

DATED: January 19, 2012  /S/ Bruce Locke
For JOHN VINCENT
Attorney for the United States

ORDER

IT IS SO ORDERED.

Dated: January 23, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE