**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone: 530.759.0700
   Facsimile: 530.759.0800

**Attorney for Defendant**
**SHAKER AHMED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00436-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| SHAKER AHMED, | |
| Defendant. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, John K. Vincent, Assistant United States Attorney, and Defendant, SHAKER AHMED, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for January 26, 2012 at 9:00 a.m., be rescheduled to March 8, 2012 at 9:00 a.m.

    The Presentence Report has been filed with the Court. Pursuant to this stipulation, the Defendant's Motion to Correct the Presentence Report shall be due on February 23, 2012, and Plaintiff's Opposition/Reply to said motion shall be due on March 1, 2012.

///

The parties are requesting this continuance because they believe that Mr. Ahmed's sentencing could be affected by the loss amount determined for his co-defendant Mohammad Nasir Khan, who has requested that his sentencing be moved to March 1, 2012. Postponing Mr. Ahmed's sentencing to March 8, 2012 will allow the parties to proceed with sentencing knowing what the loss figure is.

Dated: January 20, 2012

Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Joseph J. Wiseman

JOSEPH J. WISEMAN
Attorney for Defendant
SHAKER AHMED

Dated: January 20, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ John K. Vincent
JOHN K. VINCENT, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant SHAKER AHMED in the above-captioned case shall be continued to March 8, 2012 at 9:00 a.m. The Defendant's Motion to Correct the Presentence Report shall be due on February 23, 2011, and Plaintiff's Opposition/Reply shall be due on March 1, 2012. Any sentencing memoranda are due on March 1, 2012.

Dated: January 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE