UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                            RE:    **Obed Ur RAHMAN**
                                      **Docket Number:  2:09CR00436-01**
                                      **REQUEST TO MODIFY JUDGMENT**

Your Honor:

On March 2, 2012, Mr. Rahman was sentenced in the Eastern District of California to 3 months custody Bureau of Prisons and 3 years Supervised Release for a violation of 18 USC 371 - Conspiracy to Obstruct the Internal Revenue Service in the Computation and Collection of Income Taxes. Mr. Rahman's supervision commenced on June 28, 2012.

It was determined during Mr. Rahman's initial interview that the mandatory drug testing condition had not been suspended. Mr. Rahman advised he believed it was to be suspended. A check of the presentence report showed a recommendation that the mandatory drug testing condition be suspended. It was also noted in the substance abuse section of the presentence report that the offender had no history of drug or alcohol use. Pursuant to Rule 36 of the Rules of Criminal Procedure, it is respectfully requested that the offender's judgment be amended to include suspension of the drug testing condition.

                                    Respectfully submitted,

                                      /s/ Wendy E. Reyes

                                   **WENDY E. REYES**
                          **United States Probation Officer**

Dated:        March 20, 2013
                Elk Grove, California
                WER/sda

**RE:    Obed Ur RAHMAN
        Docket Number:   2:09CR00436-01
        <u>MODIFICATION TO JUDGMENT</u>**


**REVIEWED BY:      /s/ Jack C. Roberson
                   JACK C. ROBERSON
                   Supervising United States Probation Officer**

Attachment(s)

cc:   John K. Vincent
      Assistant United States Attorney

      Randy E. Thomas
      Defense Counsel

**RE: Obed Ur RAHMAN**
    **Docket Number: 2:09CR00436-01**
    **MODIFICATION TO JUDGMENT**

---

**THE COURT ORDERS:**

(X) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:


IT IS SO ORDERED.

Date: March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE