**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                                      RE:    Obed Ur RAHMAN
                                                  Docket Number:  2:09CR00436-01
                                                  **PERMISSION TO TRAVEL**
                                                  **<u>OUTSIDE THE COUNTRY</u>**

Your Honor:

The releasee is requesting permission to travel to Pakistan and Saudi Arabia. He is current with all supervision obligations, his financial obligations are paid in full, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 2, 2012, Mr. Rahman was sentenced for the offense of 18 USC 371 - Conspiracy to Obstruct the Internal Revenue Service in the Computation and Collection of Income Taxes.

**Sentence imposed:** 3 months custody Bureau of Prisons; 3 years Supervised Release; $100 special assessment; $7,783 restitution.

**Dates and Mode of Travel:** Approximately the end of April through the end of June, by air (flight details will be provided to probation officer if permission to travel is granted).

**Purpose:** Mr. Rahman is requesting permission to travel to Pakistan at the end of April to attend his son's graduation from Islamic education and to spend time with family. From Pakistan, he will travel to Saudi Arabia to perform Umrah (a pilgrimage). He will return to his home in Stockton, California California at the end of June.

                                            Respectfully Submitted,

                                             */s/ Wendy E. Reyes*

                                             **WENDY E. REYES**
                                           **United States Probation Officer**

RE: **Obed Ur RAHMAN**
Docket Number: **2:09CR00436-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

DATED: April 4, 2013
Elk Grove, California
WER/sa

REVIEWED BY: _/s/ George A. Vidales for_
**JACK C. ROBERSON**
**Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved    XX      Disapproved _____

Date: April 08, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE